Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
Tara U. Teegarden (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for Defendant TMIF II Portola, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. PEGGY THORNTON, Relator, <br><br> and <br><br> PEGGY THORNTON, <br><br> Plaintiffs, <br><br> vs. <br><br> PORTOLA DEL SOL OPERATOR, LLC, a foreign limited-liability company; TMIF II PORTOLA, LLC, a foreign limited-liability company; APARTMENT MANAGEMENT CONSULTANTS, LLC, a foreign limited liability company, and RENE RICHARDSON, as AGENT of PORTOLA DEL SOL OPERATOR, LLC., <br><br> Defendants. | Case No.: 2:21-cv-01123-APG-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR TMIF PORTOLA, LLC TO FILE RESPONSIVE PLEADING TO COMPLAINT** <br><br> **[First Request]** |

Under Local Rules IA 6-1 and 7-1, Defendant TMIF II Portola, LLC ("TMIF") and Plaintiff Peggy Thornton ("Thornton"), by and through their attorneys, hereby stipulate and request that the Court extend the deadline for TMIF to file its responsive pleading to Thornton's Complaint ("Complaint") from March 10, 2023, up to and including March 24, 2023.

In support of this Stipulation, the parties state as follows:

/ / /

/ / /

1. On June 14, 2021, Thornton filed this action under seal in the United States District Court for the District of Nevada, asserting a single claim for alleged violations of the False Claims Act. (ECF No. 1).

2. On February 17, 2023, Thornton served TMIF with a copy of the Complaint.

3. The parties thereafter agreed to extend the deadline for TMIF to respond to Thornton's Complaint from March 10, 2023 to March 24, 2023.

4. TMIF retained McDonald Carano LLP as counsel for this matter. TMIF's counsel needs additional time to investigate and prepare an appropriate response to Thornton's Complaint.

5. This is TMIF's first request to this Court for an extension of time to respond to Thornton's Complaint, the request is in good faith and not for the purposes of delay, and the requested extension will not prejudice any party.

6. The parties stipulate and request that the Court extend the deadline for TMIF to respond to Thornton's Complaint from March 10, 2023, up to and including March 24, 2023.

DATED this 7th day of March, 2023.

| NEVADA LEGAL SERVICES, INC. | McDONALD CARANO LLP |
|---|---|
| By: /s/ Elizabeth S. Carmona<br>　　Elizabeth S. Carmona (NSBN 14687)<br>　　530 S. 6th St.<br>　　Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiffs* | By: /s/ Tara U. Teegarden<br>　　Rory T. Kay (NSBN 12416)<br>　　John A. Fortin (NSBN 15221)<br>　　Tara U. Teegarden (NSBN 15344)<br>　　2300 West Sahara Avenue, Suite 1200<br>　　Las Vegas, Nevada 89102<br><br>*Attorneys for Defendant TMIF II Portola, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 8, 2023