Amy F. Sorenson, Esq.
Nevada Bar No. 12495
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
asorenson@swlaw.com

Kelly H. Dove, Esq.
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:   (702) 784-5200
Facsimile:    (702) 784-5252
kdove@swlaw.com

*Attorneys for Defendant*
*Apartment Management Consultants, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PEGGY THORNTON, Realtor,<br><br>and<br><br>PEGGY THORNTON,<br><br>Plaintiff,<br><br>vs.<br><br>PORTOLA DEL SOL OPERATOR, LLC, a foreign limited-liability company; TMIF II PORTOLA, LLC, a foreign limited-liability company; APARTMENT MANAGEMENT CONSULTANTS, LLC, a foreign limited liability company; and RENE RICHARDSON, as AGENT of PORTOLA DEL SOL OPERATOR, LLC,<br><br>Defendants. | Case No. 2:21-cv-01123-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT**<br><br>**(Third Request)** |

Plaintiff Peggy Thornton ("Plaintiff") and Defendant Apartment Management Consultants, LLC ("Defendant" or "AMC") (collectively, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend AMC's deadline to file its response to Plaintiff's Complaint [ECF No. 1] from March 10, 2023, to **March 24, 2023**, for the following reasons and with the following background:

1. Plaintiff filed the Complaint on June 14, 2021 [ECF No. 1].

2. The Complaint was unsealed on December 9, 2022, upon the United States declining intervention [ECF No. 18].

3. AMC's response to the Complaint was originally due on January 18, 2023.

4. The Parties had informally agreed to extend the deadline to respond to February 1, 2023, prior to AMC retaining counsel.

5. Undersigned counsel, Snell & Wilmer L.L.P., was retained to represent AMC on or about January 26, 2023.

6. The Parties previously stipulated to extend the deadline twice for AMC to respond to the Complaint, to and including February 21, 2023, and March 10, 2023.

7. The Parties now agree to allow AMC an additional extension of time to respond to the Complaint until March 24, 2023, which is supported by good cause.

8. While AMC and its counsel have worked diligently to evaluate the allegations in the Complaint, they require modest additional time.

9. As AMC is not presently the property manager, it is taking additional time to locate relevant documentation. Since the last stipulated extension, Plaintiff has generously provided AMC with the underlying contracts and leases at issue in this dispute, which AMC's counsel has been analyzing to assess Plaintiff's claims.

10. At the same time, undersigned counsel and their core litigation team has faced some personal obstacles that have impeded their ability to work, including the post-partum hospitalization of a spouse and a school-age child currently suffering from COVID.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

11. This extension request is sought in good faith and is not made for the purpose of delay.

THEREFORE, the Parties respectfully request an extension for AMC to file its response to the Complaint until March 24, 2023.

Dated: March 10, 2023

NEVADA LEGAL SERVICES, INC.

By: */s/ Elizabeth S. Carmona*
  Elizabeth S. Carmona, Esq.
  Kristopher S. Pre, Esq.
  530 S. 6th St.
  Las Vegas, NV 89101

  *Attorneys for Plaintiff Peggy Thornton*

Dated: March 10, 2023

SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*
  Amy F. Sorenson, Esq.
  Nevada Bar No. 12495
  SNELL & WILMER L.L.P.
  15 West South Temple, Suite 1200
  Salt Lake City, UT 84101

  Kelly H. Dove, Esq.
  Nevada Bar No. 10569
  SNELL & WILMER L.L.P.
  3883 Howard Hughes Parkway, Suite 1100
  Las Vegas, NV 89169

  *Attorneys for Defendant Apartment Management Consultants, LLC*

**ORDER**
**IT IS SO ORDERED**

**DATED:** 3:59 pm, March 13, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT** by method indicated below:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by, a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

■ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

DATED March 10, 2023

*/s/ Maricris Williams*
An employee of SNELL & WILMER L.L.P.

4868-3485-1414

- 4 -