Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
Tara U. Teegarden (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for Defendant TMIF II Portola, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. PEGGY THORNTON, Relator,<br><br>and<br><br>PEGGY THORNTON,<br><br>Plaintiffs,<br><br>vs.<br><br>PORTOLA DEL SOL OPERATOR, LLC, a foreign limited-liability company; TMIF II PORTOLA, LLC, a foreign limited-liability company; APARTMENT MANAGEMENT CONSULTANTS, LLC, a foreign limited liability company, and RENE RICHARDSON, as AGENT of PORTOLA DEL SOL OPERATOR, LLC.,<br><br>Defendants. | Case No.: 2:21-cv-01123-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR TMIF II PORTOLA, LLC TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM FOR RELIEF [ECF 38]**<br><br>**[Second Request]** |

Under Local Rules IA 6-1 and 7-1, Defendant TMIF II Portola, LLC ("TMIF") and Plaintiff Peggy Thornton ("Thornton"), by and through their attorneys, hereby agree, stipulate, and respectfully request that the Court extend the deadline for TMIF to file the Reply in Support of its Motion to Dismiss for Failure to State a Claim for Relief ("Reply") from April 27, 2023, up to and including May 25, 2023.

/ / /

/ / /

In support of this Stipulation, the parties state as follows:

1. On June 14, 2021, Thornton filed this action under seal in the United States District Court for the District of Nevada, asserting a single claim for alleged violations of the False Claims Act. (ECF No. 1).

2. The parties thereafter agreed to extend the deadline for TMIF to respond to Thornton's Complaint from March 10, 2023 to March 24, 2023. (ECF No. 30).

3. On March 23, 2023, TMIF filed its Motion to Dismiss for Failure to State a Claim for Relief. (ECF No. 38).

4. On April 6, 2023, Thornton filed her Opposition to TMIF's Motion to Dismiss for Failure to State a Claim for Relief ("Opposition"). (ECF No. 42).

5. On April 10, 2023, Thornton and defendant Apartment Management Consultants, LLC ("AMC") stipulated to extend the deadline for AMC to file its responsive pleading. (ECF No. 44).

6. Under the April 10th stipulation, AMC and Plaintiff are discussing a potential global resolution of this matter. (See ECF No. 44).

7. TMIF's counsel thus needs additional time to discuss with TMIF about the possibility of a potential global resolution of this matter.

8. This is TMIF's second request to this Court for an extension of time to respond to Thornton's Opposition, the request is in good faith and not for the purposes of delay, and the requested extension will not prejudice any party.

/ / /

/ / /

/ / /

/ / /

9. The parties stipulate and request that the Court extend the deadline for TMIF to file its Reply from April 27, 2023, up to and including May 25, 2023.

DATED this 24th day of April, 2023.

| NEVADA LEGAL SERVICES, INC. | McDONALD CARANO LLP |
|---|---|
| By: /s/ Kristopher Pre<br>    Elizabeth S. Carmona (NSBN 14687)<br>    Kristopher Pre (NSBN 14106)<br>    530 S. 6th St.<br>    Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiffs* | By: /s/ Tara U. Teegarden<br>    Rory T. Kay (NSBN 12416)<br>    John A. Fortin (NSBN 15221)<br>    Tara U. Teegarden (NSBN 15344)<br>    2300 West Sahara Avenue, Suite 1200<br>    Las Vegas, Nevada 89102<br><br>*Attorneys for Defendant TMIF II Portola, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 25, 2023