Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
Tara U. Teegarden (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for Defendant TMIF II Portola, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. PEGGY THORNTON, Relator, <br><br> and <br><br> PEGGY THORNTON, <br><br> Plaintiffs, <br><br> vs. <br><br> PORTOLA DEL SOL OPERATOR, LLC, a foreign limited-liability company; TMIF II PORTOLA, LLC, a foreign limited-liability company; APARTMENT MANAGEMENT CONSULTANTS, LLC, a foreign limited liability company, and RENE RICHARDSON, as AGENT of PORTOLA DEL SOL OPERATOR, LLC., <br><br> Defendants. | Case No.: 2:21-cv-01123-APG-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR TMIF PORTOLA, LLC TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM FOR RELIEF [ECF 38] AND APARTMENT MANAGEMENT CONSULTANTS, LLC TO FILE RESPONSIVE PLEADING TO COMPLAINT** <br><br> **[First Request]** |

Defendants TMIF II Portola, LLC ("TMIF") and Apartment Management Consultants, LLC ("AMC") and Plaintiff Peggy Thornton ("Thornton"), by and through their attorneys, hereby agree, stipulate, and respectfully request that the Court extend the deadline for TMIF to file the Reply in Support of its Motion to Dismiss for Failure to State a Claim for Relief ("Reply") from May 25, 2023, up to and including June 8, 2023, and to extend the deadline for AMC to file its responsive pleading to Thornton's Complaint ("Complaint") from May 25, 2023, up to and including June 8, 2023.

///

This is the first joint request whereby TMIF requests additional time to file its Reply in Support of its Motion to Dismiss, and AMC's request additional time to extend the deadline to file its responsive pleadings to Thornton's Complaint.[1]  This joint request for an extension of time is not intended to cause any undue delay or prejudice to any party.

In support of this Stipulation, the parties state as follows:

1. On June 14, 2021, Thornton filed this action under seal in the United States District Court for the District of Nevada, asserting a single claim for alleged violations of the False Claims Act.  (ECF No. 1).

2. The parties thereafter *separately* agreed to extend the deadlines for TMIF and AMC to respond to Thornton's Complaint.

3. On March 23, 2023, TMIF filed its Motion to Dismiss for Failure to State a Claim for Relief.  (ECF No. 38).

4. On April 6, 2023, Thornton filed her Opposition to TMIF's Motion to Dismiss for Failure to State a Claim for Relief ("Opposition").  (ECF No. 42).

5. To date, AMC has not responded to Thornton's Complaint.

6. AMC and TMIF are discussing the possibility of a potential global resolution of this matter and need additional time to determine the feasibility of a global resolution.

7. This is TMIF and AMC's first joint request to for an extension of time to respond to the parties' respective pleadings.  This request is in good faith and not for the purposes of delay, and the requested extension will not prejudice any party.

8. The parties stipulate and request that the Court extend the deadline for TMIF to file the Reply in Support of its Motion to Dismiss for Failure to State a Claim for Relief from May 25, 2023, up to and including June 8, 2023.

///

///

---

[1] Separately, TMIF has made two other requests to file its Reply. *See* ECF Nos. 45 and 47. Similarly, AMC made six separate requests to extend the deadline to file its responsive pleading. *see* ECF Nos. 22, 24, 36, 40, 43, and 49.

9. The parties further stipulate and request that the Court extend the deadline for AMC to file its responsive pleading to Thornton's Complaint from May 25, 2023, up to and including June 8, 2023.

Therefore, the parties hereby stipulate to extend the deadline for TMIF to file the Reply from May 25, 2023, up to and including June 8, 2023, and to extend the deadline for AMC to file its responsive pleading to Thornton's Complaint from May 25, 2023, up to and including June 8, 2023.

DATED this 22nd day of May, 2023.

NEVADA LEGAL SERVICES, INC.

By: */s/ Elizabeth S. Carmona*
    Elizabeth S. Carmona (NSBN 14687)
    Kristopher Pre (NSBN 14106)
    530 S. 6th St.
    Las Vegas, Nevada 89101

    *Attorneys for Plaintiffs*

McDONALD CARANO LLP

By: */s/ Tara U. Teegarden*
    Rory T. Kay (NSBN 12416)
    John A. Fortin (NSBN 15221)
    Tara U. Teegarden (NSBN 15344)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102

    *Attorneys for Defendant TMIF II Portola, LLC*

SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*
    Kelly H. Dove (NSBN 10569)
    Gil Kahn (NSBN 14220)
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, NV 89169

    *Attorneys for Defendant Apartment Management Consultants, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 23, 2023