ELIZABETH S. CARMONA, ESQ.
Nevada State Bar No. 14687
KRISTOPHER S. PRE, ESQ.
Nevada State Bar No. 14106
PETER C. WETHERALL, ESQ.
Nevada State Bar No. 4414
**NEVADA LEGAL SERVICES, INC.**
701 E. Bridger Avenue, Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 386-0404, ext. 128
ecarmona@nevadalegalservices.org
kpre@nevadalegalservices.org
pwetherall@nevadalegalservices.org
*Attorneys for Peggy Thornton*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PEGGY THORNTON, Relator, and PEGGY THORNTON, Plaintiff, v. PORTOLA DEL SOL OPERATOR, LLC, a foreign limited-liability company; TMIF II PORTOLA, LLC, a foreign limited-liability company; APARTMENT MANAGEMENT CONSULTANTS, LLC, a foreign limited liability company, and RENE RICHARDSON, as AGENT of PORTOLA DEL SOL OPERATOR, LLC. Defendants. | No.: 2:21-CV-01123-APG-BNW **MOTION TO ENLARGE TIME TO SERVE SUMMONS AND COMPLAINT – 5th REQUEST** |

COMES NOW, Plaintiff, Peggy Thornton, by and through her attorneys, Elizabeth S. Carmona, Esq., Kristopher S. Pre, Esq., and Peter C. Wetherall, Esq., of Nevada Legal Services,

1

Inc., moves this Court for an Order extending time to serve the Summons and Complaint on the Defendant Rene Richardson.

## POINTS AND AUTHORITIES

### I. STATEMENT OF FACTS

On June 14, 2021, Plaintiff filed her qui tam Complaint under seal. This Court previously granted three Motions to Enlarge Time to Serve Summons and Complaint based on an extensive 1.5 year-long investigation by the Department of Justice while the Complaint was under seal. Once the Department of Justice concluded its investigation and elected not to intervene, the Court unsealed the Complaint and set a service deadline for March 9, 2023. Plaintiff then, diligently, began service.

Earlier this year, Plaintiff successfully served Defendants Portola Del Sol Operator, LLC, TMIF II Portola, LLC, and Apartment Management Consultants, LLC; however, Plaintiff has experienced significant challenges surrounding the service of Defendant Rene Richardson. Plaintiff hired Junes Legal Services, Inc. ("Junes"), to serve Defendant Rene Richardson, but the initial attempt was unsuccessful. *See Exhibit 1*. Plaintiff then began conducting significant research regarding the whereabouts of Defendant Rene Richardson, but had to enlist the assistance of Junes to perform a "skip trace" when internal research failed to produce any helpful information. *Id.* The Junes skip trace also proved to be inconclusive based on Plaintiff's limited knowledge of her demographics and the common nature of her name. *Id*.

Based on these challenges, on March 7, 2023, Plaintiff filed a Motion to Extend Time to Serve Defendant Rene Richardson, which the Court granted on March 8, 2023. Since the Court's March 8, 2023 Order, Plaintiff has diligently continued her efforts to serve Defendant Rene Richardson. Junes attempted service at three local properties managed by Rene Richardson's previous employer, Defendant Apartment Management Consultants, LLC. *Id.* When the local service attempts were unsuccessful, Plaintiff hired a Utah process server to attempt service at the Apartment Management Consultants, LLC, headquarters in Utah. *Id.* The Utah service attempt was also unsuccessful. *Id.*

1    Plaintiff recently reached out to counsel for Apartment Management Consultants, LLC,
2 and asked whether they would agree to accept service on Rene Richardson's behalf. *Id.* Plaintiff
3 is currently waiting for a response. *Id.*

## II. ARGUMENT

Pursuant to Federal Rule of Civil Procedure 4(m), if a plaintiff shows good cause for the failure to serve a defendant within 90 days, the court must extend the time for service for an appropriate period. Good cause is present here, as Plaintiff has continuously attempted to serve Defendant Rene Richardson, but has been unable to presently do so based on the difficulties described above. Therefore, Plaintiff requests that this Court issue an Order to Enlarge Time to Serve Summons and Complaint on Defendant Rene Richardson in this matter.

## **CONCLUSION**

Wherefore, based on the above points and authorities and the attached Declaration of Elizabeth S. Carmona, Esq., Plaintiff respectfully requests an Order enlarging time for service in regards to Defendant Rene Richardson.

DATED this 6th day of July, 2023.

Respectfully Submitted,
**NEVADA LEGAL SERVICES, INC.**

_____
ELIZABETH S. CARMONA, ESQ.
Nevada State Bar No. 14687
KRISTOPHER S. PRE, ESQ.
Nevada State Bar No. 14106
PETER C. WETHERALL, ESQ.
Nevada State Bar No. 4414
701 E. Bridger Avenue, Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 386-0404
ecarmona@nevadalegalservices.org
kpre@nevadalegalservices.org
pwetherall@nevadalegalservices.org
*Attorneys for Peggy Thornton*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PEGGY THORNTON, Relator,<br><br>and<br><br>PEGGY THORNTON,<br><br>Plaintiff,<br><br>v.<br><br>PORTOLA DEL SOL OPERATOR, LLC, a foreign limited-liability company; TMIF II PORTOLA, LLC, a foreign limited-liability company; APARTMENT MANAGEMENT CONSULTANTS, LLC, a foreign limited liability company, and RENE RICHARDSON, as AGENT of PORTOLA DEL SOL OPERATOR, LLC.<br><br>Defendants. | FILED UNDER SEAL<br>PURSUANT TO 31 U.S.C. § 3730(b)(2)<br><br><br><br>No.: 2:21-CV-01123 -APG-BNW<br><br>**ORDER TO ENLARGE TIME TO SERVE SUMMONS AND COMPLAINT – 5th REQUEST** |

Upon consideration of the declaration of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that time within which to serve Defendant Rene Richardson with the Summonses and Complaint is extended to **October 7, 2023.**

DATED: July 7, 2023.

_____
United States Magistrate Judge

1  ELIZABETH S. CARMONA, ESQ.
   Nevada State Bar No. 14687
2  KRISTOPHER S. PRE, ESQ.
   Nevada State Bar No. 14106
3  PETER C. WETHERALL, ESQ.
4  Nevada State Bar No. 4414
   701 E. Bridger Avenue, Suite 400
5  Las Vegas, Nevada 89101
   Telephone: (702) 386-0404
6  ecarmona@nevadalegalservices.org
7  kpre@nevadalegalservices.org
   pwetherall@nevadalegalservices.org
8  *Attorneys for Peggy Thornton*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

I declare under penalty of perjury that the foregoing is true and correct:

1. On December 27, 2022, Junes Legal Service, Inc. ("Junes"), attempted service of Defendant Rene Richardson. This attempt was unsuccessful.
2. I then began researching Defendant Rene Richardson's whereabouts online, but was unable to find out any helpful information that would aid in service.
3. In February 2023, I requested that Junes conduct a "skip trace" on Defendant Rene Richardson.
4. Junes responded to my request and informed me that they experienced "84 hits by the name Rene Richardson in Las Vegas."
5. Junes then attempted service at three local properties managed by Rene Richardson's previous employer, Defendant Apartment Management Consultants, LLC.
6. When the local service attempts were unsuccessful, I hired a Utah process server to attempt service at the Apartment Management Consultants, LLC, headquarters in Utah. The Utah service attempt was also unsuccessful.
7. We have been diligent in our efforts to attempt service of Defendant Rene Richardson.

Executed on this 6th day of July, 2023.

_____
ELIZABETH S. CARMONA, ESQ.