Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
Tara U. Teegarden (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for Defendant TMIF II Portola, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. PEGGY THORNTON, Relator, <br><br> and <br><br> PEGGY THORNTON, <br><br> Plaintiffs, <br><br> vs. <br><br> PORTOLA DEL SOL OPERATOR, LLC, a foreign limited-liability company; TMIF II PORTOLA, LLC, a foreign limited-liability company; APARTMENT MANAGEMENT CONSULTANTS, LLC, a foreign limited liability company, and RENE RICHARDSON, as AGENT of PORTOLA DEL SOL OPERATOR, LLC., <br><br> Defendants. | Case No.: 2:21-cv-01123-APG-BNW <br><br> **STIPULATION AND ORDER TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS** <br><br> **(FIRST REQUEST)** |

Defendants TMIF II Portola, LLC ("TMIF") and Apartment Management Consultants, LLC ("AMC") and Plaintiff Peggy Thornton ("Thornton") (collectively, "Parties"), by and through their attorneys, hereby agree, stipulate, and request that the Court stay all discovery in this action, pending the Court's ruling on TMIF's Motion to Dismiss. This is the Parties' first request to stay discovery.

TMIF filed its Motion to Dismiss requesting Thornton's Complaint be dismissed for failure to state a claim upon which relief can be granted. *See* ECF Nos. 38 and 56. The Parties' deadline to file the proposed Discovery Plan is July 23, 2023. *See* ECF No. 57.

1  The Parties have conferred regarding potential discovery and agree that TMIF's Motion to Dismiss can be decided without further discovery and good cause exists to stay discovery until this Court issues a ruling on TMIF's pending Motion to Dismiss.  Good cause exists to stay discovery because: (1) a stay will prevent all Parties –including Thornton who is represented by Nevada Legal Services– from incurring potentially unnecessary discovery expenses given TMIF may potentially be dismissed from this case; and (2) a stay will allow prevent undue burden by allowing Thornton to focus all her remaining efforts on locating and serving defendant Rene Richardson, and not participating in potentially unnecessary discovery with TMIF.  *See* ECF No. 62.

The remaining Parties in the case will again confer and submit a proposed Discovery Plan, as necessary, within 14 days of the Court's ruling on TMIF's Motions to Dismiss.

. . .

Accordingly, the Parties respectfully request the Court enter an order (1) extending the deadline for the remaining Parties to file a proposed Discovery Plan to 14 days after the Court rules on TMIF's Motion to Dismiss (ECF Nos. 38 and 56), and (2) staying discovery pending the ruling on TMIF's Motion to Dismiss.   The stipulation is made in good faith and not for purposes of delay.

DATED this 21st day of July, 2023.

| NEVADA LEGAL SERVICES, INC. | McDONALD CARANO LLP |
|---|---|
| By: */s/ Peter C. Wetherall*<br>    Peter C. Wetherall (NSBN 4414)<br>    Elizabeth S. Carmona (NSBN 14687)<br>    Kristopher Pre (NSBN 14106)<br>    530 South 6th Street<br>    Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiff* | By: */s/ Tara U. Teegarden*<br>    Rory T. Kay (NSBN 12416)<br>    John A. Fortin (NSBN 15221)<br>    Tara U. Teegarden (NSBN 15344)<br>    2300 West Sahara Avenue, Suite 1200<br>    Las Vegas, Nevada 89102<br><br>*Attorneys for Defendant TMIF II Portola, LLC* |

SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*
    Kelly H. Dove (NSBN 10569)
    Gil Kahn (NSBN 14220)
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, Nevada 89169

*Attorneys for Defendant Apartment Management Consultants, LLC*

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: July 24, 2023

3