Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
Karyna M. Armstrong (NSBN 16044)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

*Attorneys for Defendant TMIF II Portola, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. PEGGY THORNTON, Relator, and PEGGY THORNTON, Plaintiff, vs. PORTOLA DEL SOL OPERATOR, LLC, a foreign limited-liability company; TMIF II PORTOLA, LLC, a foreign limited liability company; APARTMENT MANAGEMENT CONSULTANTS, LLC, a foreign limited liability company, and RENE RICHARDSON, as AGENT of PORTOLA DEL SOL OPERATOR, LLC, Defendants. | Case No.: 2:21-cv-01123-APG-BNW **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADINGS TO FIRST AMENDED COMPLAINT** **[First Request]** |

Plaintiff Peggy Thornton ("Thornton") (collectively "Plaintiff"), Defendant TMIF II Portola, LLC ("TMIF"), by and through their undersigned attorneys, and pursuant to LR IA 6-1, submit the following Stipulation to Extend Time to File Responsive Pleadings to the First Amended Complaint ("FAC") up to and including January 19, 2024. In support of the Stipulation, the parties state the following:

1. TMIF's responsive pleading to Plaintiff's FAC is currently due December 22, 2023.

///

2. Because counsel for TMIF is currently in trial in another matter and due to the impending holidays, Plaintiff requested a four-week extension until January 19, 2024.

3. Counsel for Plaintiff has agreed to the requested extension and the requested extension will not impact any other deadlines in this case.

4. This is the first request to extend the deadline for TMIF to file their responsive pleading to Plaintiff's FAC.

5. This request for an extension of time is not intended to cause any undue delay or prejudice to any party.

6. Therefore, the Parties hereby stipulate that the deadline for TMIF to file their responsive pleadings shall be extended through January 19, 2024.

Dated this 21st day of December, 2023.

| NEVADA LEGAL SERVICES, INC. | McDONALD CARANO LLP |
|---|---|
| By: */s/ Peter C. Wetherall* <br> Peter C. Wetherall (NSBN 4414) <br> Elizabeth S. Carmona (NSBN 14687) <br> Kristopher Pre (NSBN 14106) <br> 701 E. Bridger Avenue, Suite 400 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Plaintiffs* | By: */s/ Rory T. Kay* <br> Rory T. Kay (NSBN 12416) <br> John A. Fortin (NSBN 15221) <br> Karyna M. Armstrong (NSBN 16044) <br> 2300 West Sahara Avenue, Suite 1200 <br> Las Vegas, Nevada 89102 <br><br> *Attorneys for Defendant TMIF II Portola, LLC* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12/22/2023