ELIZABETH S. CARMONA, ESQ.
Nevada State Bar No. 14687
KRISTOPHER S. PRE, ESQ.
Nevada State Bar No. 14106
**NEVADA LEGAL SERVICES, INC.**
701 E. Bridger Ave. Suite 400
Las Vegas, Nevada 89101 Telephone:
(702) 386-0404, ext. 128
ecarmona@nevadalegalservices.org
kpre@nevadalegalservices.org
*Attorneys for Peggy Thornton*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* PEGGY THORNTON, Relator,<br><br>   and<br><br>PEGGY THORNTON,<br><br>   Plaintiff,<br><br>   v.<br><br>PORTOLA DEL SOL OPERATOR, LLC, a foreign limited-liability company; TMIF II PORTOLA, LLC, a foreign limited-liability company; APARTMENT MANAGEMENT CONSULTANTS, LLC, a foreign limited liability company, and RENE RICHARDSON, as AGENT of PORTOLA DEL SOL OPERATOR, LLC.<br><br>   Defendants. | No.: 2:21-CV-01123-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADINGS TO MOTION TO DISMISS AMENDED COMPLAINT BY DEFENDANT TMIF II PORTOLA, LLC.**<br><br>**FIRST REQUEST** |

Plaintiff Peggy Thornton ("Thornton") (collectively "Plaintiff"), Defendant TMIF II Portola, LLC ("TMIF"), by and through their undersigned attorneys, and pursuant to LR IA 6-1, submit the following Stipulation and Order to Extend Deadline to File Responsive Pleadings to

Motion to Dismiss Amended Complaint by Defendant TMIF II Portola, LLC. up to and including February 16, 2024.  In support of the Stipulation, the parties state the following:

1.      Thornton's responsive pleading to TMIF's Motion to Dismiss is currently due February 2, 2024.

2.      Because counsel for Thornton has pre-existing scheduling conflicts and recent staffing changes, Plaintiff requested a two-week extension until February 16, 2024.

3.      Counsel for TMIF II Portola, LLC. has agreed to the requested extension and the requested extension will not impact any other deadlines in this case.

4.      This is the first request to extend the deadline for Thornton to file their responsive pleading to TMIF's Motion to Dismiss.

5.      This request for an extension of time is not intended to cause any undue delay or prejudice to any party.

6.      Therefore, the Parties hereby stipulate that the deadline for Thornton to file their responsive pleadings shall be extended through February 16, 2024.

Dated this 1st day of February, 2024.


NEVADA LEGAL SERVICES, INC.          McDONALD CARANO LLP


By: */s/ Kristopher S. Pre*              By: */s/ John A. Fortin*
    Peter C. Wetherall (NSBN 4414)          Rory T. Kay (NSBN 12416)
    Elizabeth S. Carmona (NSBN 14687)       John A. Fortin (NSBN 15221)
    Kristopher Pre (NSBN 14106)             Karyna M. Armstrong (NSBN 16044)
    701 E. Bridger Avenue, Suite 400        2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89101                 Las Vegas, Nevada 89102

    *Attorneys for Plaintiffs*               *Attorneys for Defendant TMIF II Portola, LLC*


**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:  February 2, 2024

2