PETER C. WETHERALL, ESQ.
Nevada State Bar No. 4414
ELIZABETH S. CARMONA, ESQ.
Nevada State Bar No. 14687
KRISTOPHER S. PRE, ESQ.
Nevada State Bar No. 14106
**NEVADA LEGAL SERVICES, INC.**
701 E. Bridger Avenue, Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 386-0404, ext. 128
pwetherall@nevadalegalservices.org
ecarmona@nevadalegalservices.org
kpre@nevadalegalservices.org
*Attorneys for Peggy Thornton*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PEGGY THORNTON, Relator, <br><br> and <br><br> PEGGY THORNTON, <br><br> Plaintiff, <br><br> v. <br><br> PORTOLA DEL SOL OPERATOR, LLC, a foreign limited-liability company; TMIF II PORTOLA, LLC, a foreign limited-liability company; APARTMENT MANAGEMENT CONSULTANTS, LLC, a foreign limited liability company, and RENE RICHARDSON, as AGENT of PORTOLA DEL SOL OPERATOR, LLC. <br><br> Defendants. | Case No. 2:21-cv-01123-APG-BNW <br><br> **JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR THORNTON TO FILE OPPOSITION TO AMC/RICHARDSON'S MOTION TO DISMISS AMENDED COMPLAINT AND STIPULATION AND ORDER TO EXTEND DEADLINE FOR AMC/RICHARDSON TO FILE REPLY TO THORNTON'S OPPOSITION** <br><br> **(First Request)** |

Plaintiff Peggy Thornton ("Thornton") and Defendants Apartment Management Consultants, LLC ("AMC") and Rene Richardson ("Richardson") (collectively, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend

1

Thornton's deadline to file an Opposition to AMC/Richardson's Motion to Dismiss Amended Complaint from February 16, 2024, to March 1, 2024.

Further, the Parties, by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend AMC/Richardson's deadline to file a Reply to Thornton's Opposition from March 8, 2024, to March 29, 2024.  The Parties have stipulated to the above deadlines for the following reasons:

1. Thornton's deadline to file an Opposition to AMC/Richardson's Motion to Dismiss Amended Complaint is currently February 16, 2024.

2. Due to a family emergency recently experienced by Elizabeth S. Carmona, Esq., Thornton is requesting a two-week extension until March 1, 2024.

3. Counsel for AMC/Richardson has agreed to the requested extension.

4. Counsel for AMC/Richardson has also requested an extension to file its Reply to Thornton's Opposition. Thornton agreed to an extension up to and including March 29, 2024.

5. If Thornton's two-week extension is granted until March 1, 2024, AMC/Richardson's Reply would be due on March 8, 2024.

6. Due to an upcoming Ninth Circuit oral argument and planned travel the following week, AMC/Richardson is requesting an extension until March 29, 2024.

7. These extension requests are sought in good faith and are not made for the purpose of delay.

8. Therefore, the Parties hereby stipulate that Thornton's deadline to file an Opposition to AMC/Richardson's Motion to Dismiss Amended Complaint be extended from February 16, 2024, to March 1, 2024.

9. Additionally, the Parties hereby stipulate that AMC/Richardson's deadline to file a Reply to Thornton's Opposition be extended from March 8, 2024, to March 29, 2024.

Dated: February 15, 2024

**NEVADA LEGAL SERVICES, INC.**

By: /s/ Kristopher S. Pre
        _____
Kristopher S. Pre, Esq.
Nevada Bar No. 14106
Peter C. Wetherall, Esq.
Nevada Bar No. 4414
Elizabeth S. Carmona, Esq.
Nevada Bar No. 14687
NEVADA LEGAL SERVICES, INC.
701 E. Bridger Avenue, Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Peggy Thornton*

Dated: February 15, 2024

**SNELL & WILMER L.L.P.**

By: /s/ Kelly H. Dove
        _____
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT 84101

Kelly H. Dove, Esq.
Nevada Bar No. 10569
Gil Kahn
Nevada Bar No. 14220
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendants Apartment Management Consultants, LLC and Rene Richardson*

## ORDER

**IT IS SO ORDERED.**

DATED: this 20th day of February, 2024.

_____
UNITED STATES DISTRICT COURT

3