Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
Karyna M. Armstrong (NSBN 16044)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

*Attorneys for Defendant TMIF II Portola, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. PEGGY THORNTON, Relator, <br><br>and<br><br>PEGGY THORNTON,<br><br>Plaintiffs,<br><br>vs.<br><br>PORTOLA DEL SOL OPERATOR, LLC, a foreign limited-liability company; TMIF II PORTOLA, LLC, a foreign limited-liability company; APARTMENT MANAGEMENT CONSULTANTS, LLC, a foreign limited liability company, and RENE RICHARDSON, as AGENT of PORTOLA DEL SOL OPERATOR, LLC,<br><br>Defendants. | Case No.: 2:21-cv-01123-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR TMIF II PORTOLA, LLC TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**[First Request]** |

Under Local Rules IA 6-1 and 7-1, Defendant TMIF II Portola, LLC ("TMIF") and Plaintiff Peggy Thornton ("Thornton"), by and through their attorneys, hereby agree, stipulate, and respectfully request that the Court extend the deadline for TMIF to file the Reply in Support of its Motion to Dismiss First Amended Complaint ("Reply") from February 23, 2024, up to and including March 8, 2024.

In support of this Stipulation, the parties state as follows:

1. TMIF filed its Motion to Dismiss on January 19, 2024. ECF No. 81.

2. Thornton filed her opposition on February 16, 2024. ECF No. 88.

3. TMIF's reply in support of its motion to dismiss is currently due on February 23, 2024.

4. Because counsel for TMIF has pre-existing scheduling conflicts both professionally and personally, TMIF requested Thornton agree to provide a two-week extension until March 8, 2024.

5. Thornton has agreed to the requested extension and the requested extension will not impact any other deadline in this case.

6. This is the first request to extend the deadline for TMIF to file its reply in support of its motion to dismiss.

7. This request for an extension of time is not intended to cause any undue delay or prejudice to any party.

8. Therefore, the Parties hereby stipulate that the deadline for TMIF to file its reply in support of its motion to dismiss shall be extended through March 8, 2024.

DATED this 22nd day of February 2024.

| NEVADA LEGAL SERVICES, INC. | McDONALD CARANO LLP |
|---|---|
| By: /s/ Peter C. Wetherall<br>Peter C. Wetherall (NSBN 4414)<br>Elizabeth S. Carmona (NSBN 14687)<br>Kristopher Pre (NSBN 14106)<br>530 S. 6th St.<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiffs* | By: /s/ Rory T. Kay<br>Rory T. Kay (NSBN 12416)<br>John A. Fortin (NSBN 15221)<br>Karyna M. Armstrong (NSBN 16044)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br><br>*Attorneys for Defendant TMIF II Portola, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 23, 2024