Amy F. Sorenson, Esq.
Nevada Bar No. 12495
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
asorenson@swlaw.com

Kelly H. Dove, Esq.
Nevada Bar No. 10569
Gil Kahn, Esq.
Nevada Bar No. 14220
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
gkahn@swlaw.com

*Attorneys for Defendants Apartment Management
Consultants, LLC, and Rene Richardson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PEGGY THORNTON, Relator, <br><br> and <br><br> PEGGY THORNTON, <br><br> Plaintiff, <br><br> vs. <br><br> PORTOLA DEL SOL OPERATOR, LLC, a foreign limited-liability company; TMIF II PORTOLA, LLC, a foreign limited-liability company; APARTMENT MANAGEMENT CONSULTANTS, LLC, a foreign limited liability company; and RENE RICHARDSON, as AGENT of PORTOLA DEL SOL OPERATOR, LLC, <br><br> Defendants. | Case No. 2:21-cv-01123-APG-BNW <br><br> **Stipulation and Order to Extend Deadline for Defendants Apartment Management Consultants, LLC and Rene Richardson to Respond to the Second Amended Complaint** <br><br> **(Fourth Request)** |

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

Relator Peggy Thornton and Defendants Apartment Management Consultants, LLC and Rene Richardson (collectively "AMC"), by and through their respective undersigned counsel, hereby stipulate to extend AMC's deadline to respond to Ms. Thornton's Second Amended Complaint ("SAC") by two weeks, to and including **December 10, 2024**, with the following background and reasons:

1.      Ms. Thornton filed her SAC on September 24, 2024.  ECF No. 108.

2.      Under FRCP 15, AMC's response to the SAC was therefore due on October 8, 2024.

3.      The Parties stipulated to grant AMC an additional three weeks to assess the SAC given the multiple rounds of motion-to-dismiss briefing filed thus far and in light of AMC's counsels' conflicting work travel.  ECF No. 113.  This extension also mirrored the one granted to co-defendant TMIF.  ECF No. 110.

4.      The Parties subsequently stipulated to grant AMC an additional two weeks to respond to the SAC due to unexpected scheduling conflicts, primarily including unexpectedly advanced deadlines in a federal pro bono trial.  ECF No. 115.

5.      During the intervening period, Ms. Thornton and AMC engaged in renewed settlement discussions.

6.      Because the United States required additional time to review a settlement offer, as required under the False Claims Act, Ms. Thornton and AMC stipulated to extend AMC's time to answer or otherwise respond to the SAC by two weeks, until November 26, 2024.   ECF Nos. 118-19.

7.      The United States has subsequently requested an additional two weeks to review the settlement offer, in part due to the upcoming Thanksgiving holiday.

8.      Because preventing AMC from expending additional attorney's fees to respond to the SAC during that period would be conducive to settlement, the parties agree it is in their mutual best interest and judicial economy to likewise extend that response period by two weeks, to and until December 10, 2024.

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

9.    The Parties agree that this stipulation is entered into in good faith and will not unduly delay proceedings.

**IT IS SO STIPULATED.**

Dated:  November 25, 2024.

SNELL & WILMER L.L.P.

By:  _/s/ Gil Kahn_
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
15West South Temple, Suite 1200
Salt Lake City, UT 84101

Kelly H. Dove, Esq.
Nevada Bar No. 10569
Gil Kahn
Nevada Bar No. 14220
1700 South Pavilion Center Drive,
Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200

*Attorneys for Defendant Apartment
Management Consultants, LLC and Rene
Richardson*

Dated:  November 25, 2024.

NEVADA LEGAL SERVICES

By:  _/s/ Elizabeth S. Carmona_
Kristopher Pre
Nevada Bar. No. 14106
Elizabeth S. Carmona
Nevada Bar No. 14687
530 South 6th Street
Las Vegas, Nevada 89101

*Attorneys for Relator*

## ORDER

Good cause appearing, Ms. Thornton and AMC's stipulation is **GRANTED**.  AMC's deadline to respond to the Second Amended Complaint is extended to and including December 10, 2024.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED:  11/26/2024

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

1

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **Stipulation and Order to Extend Deadline for Defendants Apartment Management Consultants, LLC and Rene Richardson to Respond to the Second Amended Complaint (Fourth Request)** by method indicated below:

☐    **BY FAX:**  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐    **BY U.S. MAIL:**  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐    **BY OVERNIGHT MAIL:**  by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐    **BY PERSONAL DELIVERY:**  by causing personal delivery by, a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

■    **BY ELECTRONIC SUBMISSION:**  submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐    **BY EMAIL:**  by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

DATED November 25, 2024

_/s/ Tiy Lewis_
An employee of SNELL & WILMER L.L.P.

4876-6853-6055