Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
Karyna M. Armstrong (NSBN 16044)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

*Attorneys for Defendant TMIF II Portola, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. PEGGY THORNTON, Relator,<br><br>and<br><br>PEGGY THORNTON,<br><br>               Plaintiff,<br><br>vs.<br><br>PORTOLA DEL SOL OPERATOR, LLC, a foreign limited-liability company; TMIF II PORTOLA, LLC, a foreign limited liability company; APARTMENT MANAGEMENT CONSULTANTS, LLC, a foreign limited liability company, and RENE RICHARDSON, as AGENT of PORTOLA DEL SOL OPERATOR, LLC,<br><br>               Defendants. | Case No.:  2:21-cv-01123-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TMIF II PORTOLA, LLC TO RESPOND TO THE JOINT MOTION TO APPROVE SETTLEMENT AND DISTRIBUTION OF SETTLEMENT FUNDS**<br><br>**[First Request]** |

Plaintiff Peggy Thornton ("Thornton"), Defendants Apartment Management Consultants, LLC and Rene Richardson (collectively, "AMC"), and Defendant TMIF II Portola, LLC ("TMIF"), by and through their undersigned attorneys, and pursuant to LR IA 6-1, submit the following Stipulation to Extend Deadline for TMIF to Respond to the Joint Motion to Approve Settlement and Distribution of Settlement Funds ("Motion") up to and including February 5, 2025.  In support of the Stipulation, the parties state the following:

       1.     TMIF's opposition to Thornton and AMC's Motion is currently due January 22, 2025.

2.      Thornton and AMC's reply in support of their Motion is currently due on January 29, 2025.

3.      Counsel for TMIF has scheduling conflicts and therefore seeks a reasonable extension of fourteen (14) days, until February 5, 2025.

4.      Counsel for Thornton and AMC have agreed to the requested extension.

5.      This is the first request to extend the deadline for TMIF to file its opposition to Thornton and AMC's Motion.

6.      This request for an extension of time is not intended to cause any undue delay or prejudice to any party.

///

///

///

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1    7.    Therefore, the Parties hereby stipulate that the deadline for TMIF to file its opposition

2  to Thornton and AMC's Motion shall be extended through February 5, 2025 and the deadline for

3  Thornton and AMC to file their reply in support of their Motion shall be extended through February

4  12, 2025.

5  Dated this 22nd day of January, 2025.

6

7  McDONALD CARANO LLP                           SNELL & WILMER, L.L.P.

   By: /s/ Karyna M. Armstrong                   By: /s/ Gil Kahn
8     Rory T. Kay (NSBN 12416)                       Amy F. Sorenson (NSBN 12495)
      John A. Fortin (NSBN 15221)                    Kelly H. Dove (NSBN 10569)
9     Karyna M. Armstrong (NSBN 16044)              Gil Kahn (NSBN 14220)
      2300 West Sahara Avenue, Suite 1200           1700 South Pavilion Center Drive, Suite 700
10    Las Vegas, Nevada 89102                        Las Vegas, NV 89135

11    *Attorneys for Defendant TMIF II Portola,*     *Attorneys for Defendants Apartment*
      *LLC*                                          *Management Consultants, LLC and Rene*
12                                                   *Richardson*

13    NEVADA LEGAL SERVICES, INC.

14
   By: /s/ Elizabeth S. Carmona
15    Peter C. Wetherall (NSBN 4414)
      Elizabeth S. Carmona (NSBN 14687)
16    Kristopher Pre (NSBN 14106)
      701 E. Bridger Avenue, Suite 400
17    Las Vegas, Nevada 89101

18    *Attorneys for Plaintiffs*

19                                                   **IT IS SO ORDERED:**

20

21                                                   _____
                                                     ANDREW P. GORDON
22                                                   CHIEF UNITED STATES DISTRICT JUDGE

23                                                   DATED: January 23, 2025

24

25

26

27

28

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966