Amy F. Sorenson, Esq.
Nevada Bar No. 12495
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
asorenson@swlaw.com

Kelly H. Dove, Esq.
Nevada Bar No. 10569
Gil Kahn, Esq.
Nevada Bar No. 14220
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
gkahn@swlaw.com

*Attorneys for Defendants Apartment Management Consultants, LLC, and Rene Richardson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PEGGY THORNTON, Relator, <br><br>and<br><br>PEGGY THORNTON,<br><br>    Plaintiff,<br><br>vs.<br><br>PORTOLA DEL SOL OPERATOR, LLC, a foreign limited-liability company; TMIF II PORTOLA, LLC, a foreign limited-liability company; APARTMENT MANAGEMENT CONSULTANTS, LLC, a foreign limited liability company; and RENE RICHARDSON, as AGENT of PORTOLA DEL SOL OPERATOR, LLC,<br><br>    Defendants. | Case No. 2:21-cv-01123-APG-BNW<br><br>**Stipulation and Order to Extend Deadline for Plaintiff Peggy Thornton and Defendants Apartment Management Consultants, LLC and Rene Richardson to submit Reply supporting their Joint Motion to Approve Settlement and Distribution of Settlement Funds [ECF No. 124]**<br><br>**(First Request)** |

Defendants Apartment Management Consultants, LLC and Rene Richardson (collectively "AMC"); Plaintiff-Relator Peggy Thornton; and Real Party in Interest the United States of America, by and through their respective undersigned counsel, hereby stipulate to extend Ms. Thornton and AMC's deadline to submit a reply in support of their joint motion to approve settlement and distribution of settlement funds ("Joint Motion") by three weeks, until February 20, 2025, with the following background and reasons:

1. Ms. Thornton and AMC submitted the Joint Motion (ECF No. 124) on January 8, 2025.

2. As explained in the Joint Motion, Ms. Thornton and AMC have agreed on a settlement amount to resolve claims against the latter but required Court approval given that the United States had not stated whether it had any objection to the settlement terms.

3. The United States subsequently filed a partial objection to the Joint Motion, stating that it does *not* ultimately object to settlement or the settlement amount but requires any settlement to conform to its specifications, including distribution of settlement funds directly to the United States. ECF No. 128.

4. The United States, Ms. Thornton, and AMC have since conferred and agreed to jointly work on a written settlement agreement based on the Government's specifications.

5. Execution of the settlement agreement would result in a stipulation dismissing the claims against AMC and moot the need for Court approval of the settlement.

6. Because the Joint Motion itself would likewise be rendered moot, preventing Ms. Thornton and AMC from expending additional attorney's fees to submit a reply in support of their Joint Motion would be conducive to settlement and judicial economy.

[Continued on Next Page]

7. The United States, Ms. Thornton, and AMC agree that this stipulation is entered into in good faith and will not unduly delay proceedings.

**IT IS SO STIPULATED.**

Dated: January 30, 2025.

SNELL & WILMER L.L.P.

By: */s/ Gil Kahn*
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
15 West South Temple, Suite 1200
Salt Lake City, UT 84101

Kelly H. Dove, Esq.
Nevada Bar No. 10569
Gil Kahn, Esq.
Nevada Bar No. 14220
1700 South Pavilion Center Drive,
Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200

*Attorneys for Defendant Apartment Management Consultants, LLC and Rene Richardson*

Dated: January 30, 2025.

NEVADA LEGAL SERVICES

By: */s/ Kristopher Pre*
Kristopher Pre
Nevada Bar. No. 14106
530 South 6th Street
Las Vegas, Nevada 89101

*Attorneys for Relator*

Dated: January 30, 2025.

U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF NEVADA

By: */s/ Christian R. Ruiz*
Sue Fahami
Acting United States Attorney
Nevada Bar. No. 5634
Christian R. Ruiz
Assistant United States Attorney
501 Las Vegas Blvd., So., Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Fax: (702) 388-6787
Email: Christian.Ruiz@usdoj.gov

*Attorneys for Real Party in Interest the Unites States of America*

**ORDER**

Good cause appearing, Ms. Thornton and AMC's stipulation is **GRANTED**. Ms. Thornton and AMC's deadline to submit a reply in support of their joint motion to approve settlement and distribution of settlement funds extended to and including February 20, 2025.

**IT IS SO ORDERED.**

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: January 31, 2025