| | |
|---|---|
| 1 | Amy F. Sorenson, Esq. |
| | Nevada Bar No. 12495 |
| 2 | SNELL & WILMER L.L.P. |
| | 15 West South Temple, Suite 1200 |
| 3 | Salt Lake City, UT 84101 |
| | Telephone: (801) 257-1900 |
| 4 | Facsimile: (801) 257-1800 |
| | asorenson@swlaw.com |
| 5 | |
| | Kelly H. Dove, Esq. |
| 6 | Nevada Bar No. 10569 |
| | Gil Kahn, Esq. |
| 7 | Nevada Bar No. 14220 |
| | SNELL & WILMER L.L.P. |
| 8 | 1700 South Pavilion Center Drive, Suite 700 |
| | Las Vegas, NV 89135 |
| 9 | Telephone: (702) 784-5200 |
| | Facsimile: (702) 784-5252 |
| 10 | kdove@swlaw.com |
| | gkahn@swlaw.com |

*Attorneys for Defendants Apartment Management Consultants, LLC, and Rene Richardson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PEGGY THORNTON, Relator, | Case No. 2:21-cv-01123-APG-BNW |
| and | |
| PEGGY THORNTON, | **Stipulation and Order to Extend Deadline for Plaintiff Peggy Thornton and Defendants Apartment Management Consultants, LLC and Rene Richardson to Submit Reply to TMIF's Limited Opposition to Joint Settlement Motion** |
| Plaintiff, | |
| vs. | |
| PORTOLA DEL SOL OPERATOR, LLC, a foreign limited-liability company; TMIF II PORTOLA, LLC, a foreign limited-liability company; APARTMENT MANAGEMENT CONSULTANTS, LLC, a foreign limited liability company; and RENE RICHARDSON, as AGENT of PORTOLA DEL SOL OPERATOR, LLC, | **(First Request)** |
| Defendants. | |

4919-3119-2857

Defendants Apartment Management Consultants, LLC and Rene Richardson (collectively "AMC"); Plaintiff-Relator Peggy Thornton; and TMIF II Portola, LLC ("TMIF"), by and through their respective undersigned counsel, hereby stipulate to extend Ms. Thornton and AMC's deadline to submit a reply in support of their joint motion to approve settlement and distribution of settlement funds ("Joint Motion") until February 20, 2025, with the following background and reasons:

1. Ms. Thornton and AMC submitted the Joint Motion (ECF No. 124) on January 8, 2025.

2. As explained in the Joint Motion, Ms. Thornton and AMC have agreed on a settlement amount to resolve claims against the latter but required Court approval given that the United States had not stated whether it had any objection to the settlement terms.

3. The United States subsequently filed a partial objection to the Joint Motion, stating that it does *not* ultimately object to settlement or the settlement amount but requires any settlement to conform to its specifications, including distribution of settlement funds directly to the United States. ECF No. 128.

4. The United States, Ms. Thornton, and AMC have since conferred and agreed to jointly work on a written settlement agreement based on the Government's specifications.

5. Execution of the settlement agreement would result in a stipulation dismissing the claims against AMC and withdrawal of the Joint Motion.

6. The Government, Ms. Thornton, and AMC therefore stipulated to extend the time to reply to the Government's limited opposition to provide time to complete the settlement agreement. ECF Nos. 130.

7. The Court granted that stipulation. ECF No. 131.

8. In the interim, TMIF filed its own limited opposition to the Joint Motion. ECF No. 133.

/ / /

/ / /

/ / /

4919-3119-2857

9. TMIF, Ms. Thornton, and AMC thus stipulate to extend Ms. Thornton and AMC's time to reply to TMIF's limited opposition to February 20, 2025, to align with Ms. Thornton's and AMC's time to reply to the Government's limited opposition.

**IT IS SO STIPULATED.**

Dated: February 12, 2025.

SNELL & WILMER L.L.P.

By: */s/ Gil Kahn*
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
15West South Temple, Suite 1200
Salt Lake City, UT 84101

Kelly H. Dove, Esq.
Nevada Bar No. 10569
Gil Kahn
Nevada Bar No. 14220
1700 South Pavilion Center Drive,
Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200

*Attorneys for Defendant Apartment Management Consultants, LLC and Rene Richardson*

Dated: February 12, 2025.

NEVADA LEGAL SERVICES

By: */s/ Kristopher Pre*
Kristopher Pre
Nevada Bar. No. 14106
530 South 6th Street
Las Vegas, Nevada 89101

*Attorneys for Relator*

Dated: February 12, 2025.

McDONALD CARANO LLP

By */s/ Rory T. Kay*
Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
Karyna M. Armstrong (NSBN 16044)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

Attorneys for Defendant TMIF II Portola, LLC

4919-3119-2857

**ORDER**

Good cause appearing, the foregoing stipulation is **GRANTED**. Ms. Thornton and AMC's deadline to submit a reply to TMIF's limited opposition and in support of their joint motion to approve settlement and distribution of settlement funds is extended to and including February 20, 2025.

**IT IS SO ORDERED.**

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: February 12, 2025

- 4 -

4919-3119-2857

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **Stipulation and Order to Extend Deadline for Plaintiff Peggy Thornton and Defendants Apartment Management Consultants, LLC and Rene Richardson to submit Reply supporting their Joint Motion to Approve Settlement and Distribution of Settlement Funds [ECF No. 124]** by method indicated below:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by, a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

■ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

DATED February 12, 2025

                                                  */s/ Tiy Lewis*
                                           An employee of SNELL & WILMER L.L.P.

4919-3119-2857

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200