1  Amy F. Sorenson, Esq.
   Nevada Bar No. 12495
2  SNELL & WILMER L.L.P.
   15 West South Temple, Suite 1200
3  Salt Lake City, UT 84101
   Telephone: (801) 257-1900
4  Facsimile: (801) 257-1800
   asorenson@swlaw.com
5
   Kelly H. Dove, Esq.
6  Nevada Bar No. 10569
   Gil Kahn, Esq.
7  Nevada Bar No. 14220
   SNELL & WILMER L.L.P.
8  1700 South Pavilion Center Drive, Suite 700
   Las Vegas, NV 89135
9  Telephone: (702) 784-5200
   Facsimile: (702) 784-5252
10 kdove@swlaw.com
   gkahn@swlaw.com
11
   *Attorneys for Defendants Apartment Management*
12 *Consultants, LLC, and Rene Richardson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PEGGY THORNTON, Relator, <br><br>and<br><br>PEGGY THORNTON,<br><br>Plaintiff,<br><br>vs.<br><br>PORTOLA DEL SOL OPERATOR, LLC, a foreign limited-liability company; TMIF II PORTOLA, LLC, a foreign limited-liability company; APARTMENT MANAGEMENT CONSULTANTS, LLC, a foreign limited liability company; and RENE RICHARDSON, as AGENT of PORTOLA DEL SOL OPERATOR, LLC,<br><br>Defendants. | Case No. 2:21-cv-01123-APG-BNW<br><br>**Stipulation and Order to Extend Deadline for Plaintiff Peggy Thornton and Defendants Apartment Management Consultants, LLC and Rene Richardson to submit Reply supporting their Joint Motion to Approve Settlement and Distribution of Settlement Funds [ECF No. 124]**<br><br>**(Second Request)** |

4927-3353-0141.1

Defendants Apartment Management Consultants, LLC and Rene Richardson (collectively "AMC"); Defendant TMIF II Portola, LLC ("TMIF"); Plaintiff-Relator Peggy Thornton; and Real Party in Interest the United States of America, by and through their respective undersigned counsel, hereby stipulate to extend Ms. Thornton and AMC's deadline to submit their reply in support of their joint motion to approve settlement and distribution of settlement funds ("Joint Motion") by three weeks until March 13, 2025, with the following background and reasons:

1. Ms. Thornton and AMC submitted the Joint Motion (ECF No. 124) on January 8, 2025.

2. As explained in the Joint Motion, Ms. Thornton and AMC have agreed on a settlement amount to resolve claims against the latter but required Court approval given that the United States had not stated whether it had any objection to the settlement terms.

3. The United States subsequently filed a partial objection to the Joint Motion, stating that it does *not* ultimately object to settlement or the settlement amount but requires any settlement to conform to its specifications, including distribution of settlement funds directly to the United States. ECF No. 128.

4. The United States, Ms. Thornton, and AMC have since conferred and agreed to jointly work on a written settlement agreement based on the Government's specifications.

5. Because the settlement agreement will moot the need for the Court to approve the settlement and to accommodate the time needed to complete that agreement, the United States, Ms. Thornton, and AMC stipulated to extend the time for Ms. Thornton and AMC to reply to the Joint Motion to February 20, 2025. ECF Nos. 131-32.

6. Shortly after the Court approved that stipulation, TMIF submitted its own "limited opposition" to the Joint Motion. ECF No. 133.

7. To likewise accommodate drafting the settlement agreement, Ms. Thornton, AMC, and TMIF stipulated to extend Ms. Thornton and AMC's reply deadline (with respect to TMIF's limited opposition) to February 20, 2025 – thus aligning with the deadline as to the Government's limited objection. ECF No. 134-35.

8. In the interim, the Government circulated a proposed settlement agreement, and AMC and Ms. Thornton are working to imminently provide the Government with proposed edits.

9. Because additional time is needed to complete the settlement agreement, all Parties and the United States agree to extend AMC and Ms. Thornton's deadline to file a reply in support of the Joint Motion until March 13, 2025

10. Ms. Thornton, AMC, TMIF, and the United States agree that this stipulation is entered into in good faith and will not unduly delay proceedings.

**IT IS SO STIPULATED.**

Dated: February 20, 2025

SNELL & WILMER L.L.P.

By: */s/ Gil Kahn*
  Amy F. Sorenson, Esq.
  Nevada Bar No. 12495
  Kelly H. Dove, Esq.
  Nevada Bar No. 10569
  Gil Kahn
  Nevada Bar No. 14220
  1700 South Pavilion Center Drive, Suite 700
  Las Vegas, NV 89135

*Attorneys for Defendant Apartment Management Consultants, LLC and Rene Richardson*

Dated: February 20, 2025

U.S. ATTORNEY'S OFFICE
FOR THE DISTRICT OF NEVADA

By: */s/ Christian R. Ruiz*
  Sue Fahami
  Acting United States Attorney
  Nevada Bar. No. 5634
  Christian R. Ruiz
  Assistant United States Attorney
  501 Las Vegas Blvd., So., Suite 1100
  Las Vegas, Nevada 89101

*Attorneys for Real Party in Interest the Unites States of America*

Dated: February 20, 2025

NEVADA LEGAL SERVICES

By: */s/ Kristopher Pre*
  Kristopher Pre
  Nevada Bar. No. 14106
  530 South 6th Street
  Las Vegas, Nevada 89101

*Attorneys for Relator*

Dated: February 20, 2025

McDONALD CARANO LLP

By: */s/ Rory T. Kay*
  Rory T. Kay (NSBN 12416)
  John A. Fortin (NSBN 15221)
  Karyna M. Armstrong (NSBN 16044)
  2300 West Sahara Avenue, Suite 1200
  Las Vegas, Nevada 89102

*Attorneys for Defendant TMIF II Portola, LLC*

4927-3353-0141.1

**ORDER**

Good cause appearing, Ms. Thornton and AMC's stipulation is **GRANTED**. Ms. Thornton and AMC's deadline to submit a reply in support of their Joint Motion (ECF No. 124), with respect to both the United States' partial objection (ECF No. 128) and TMIF's limited opposition (ECF No. 133), is extended to and including March 13, 2025.

**IT IS SO ORDERED.**

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: February 21, 2025

4927-3353-0141.1