Amy F. Sorenson, Esq.
Nevada Bar No. 12495
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
asorenson@swlaw.com

Kelly H. Dove, Esq.
Nevada Bar No. 10569
Gil Kahn, Esq.
Nevada Bar No. 14220
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
gkahn@swlaw.com

*Attorneys for Defendants Apartment Management Consultants, LLC, and Rene Richardson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PEGGY THORNTON, Relator, <br><br> and <br><br> PEGGY THORNTON, <br><br> Plaintiff, <br><br> vs. <br><br> PORTOLA DEL SOL OPERATOR, LLC, a foreign limited-liability company; TMIF II PORTOLA, LLC, a foreign limited-liability company; APARTMENT MANAGEMENT CONSULTANTS, LLC, a foreign limited liability company; and RENE RICHARDSON, as AGENT of PORTOLA DEL SOL OPERATOR, LLC, <br><br> Defendants. | Case No. 2:21-cv-01123-APG-BNW <br><br> **Stipulation and Order to Extend Deadline for Plaintiff Peggy Thornton and Defendants Apartment Management Consultants, LLC and Rene Richardson to submit Reply supporting their Joint Motion to Approve Settlement and Distribution of Settlement Funds [ECF No. 124]** <br><br> **(Third Request)** |

4897-3756-0359

Defendants Apartment Management Consultants, LLC and Rene Richardson (collectively "AMC"); Defendant TMIF II Portola, LLC ("TMIF"); Plaintiff-Relator Peggy Thornton; and Real Party in Interest the United States of America, by and through their respective undersigned counsel, hereby stipulate to extend Ms. Thornton and AMC's deadline to submit their reply in support of their joint motion to approve settlement and distribution of settlement funds ("Joint Motion") by three weeks until April 1, 2025, with the following background and reasons:

1. Ms. Thornton and AMC submitted the Joint Motion (ECF No. 124) on January 8, 2025.

2. As explained in the Joint Motion, Ms. Thornton and AMC have agreed on a settlement amount to resolve claims against the latter but required Court approval given that the United States had not stated whether it had any objection to the settlement terms.

3. The United States subsequently filed a partial objection to the Joint Motion, stating that it does *not* ultimately object to settlement or the settlement amount but requires any settlement to conform to its specifications, including distribution of settlement funds directly to the United States. ECF No. 128.

4. The United States, Ms. Thornton, and AMC have since conferred and agreed to jointly work on a written settlement agreement based on the Government's specifications.

5. Because the settlement agreement will moot the need for the Court to approve the settlement and to accommodate the time needed to complete that agreement, the United States, Ms. Thornton, and AMC stipulated to extend the time for Ms. Thornton and AMC to reply to the Joint Motion to February 20, 2025. ECF Nos. 131-32.

6. Shortly after the Court approved that stipulation, TMIF submitted its own "limited opposition" to the Joint Motion. ECF No. 133.

7. To likewise accommodate drafting the settlement agreement, Ms. Thornton, AMC, and TMIF stipulated to extend Ms. Thornton and AMC's reply deadline (with respect to TMIF's limited opposition) to February 20, 2025 – thus aligning with the deadline as to the Government's limited objection. ECF No. 134-35.

8. The Government circulated a proposed settlement agreement shortly thereafter, and **since the last stipulated extension**, AMC has provided the Government with requested edits to the settlement agreement. The settling parties are now working through these revisions and need additional time to finalize the settlement agreement.

9. Accordingly, all parties and the United States agree to extend AMC and Ms. Thornton's deadline to file a reply in support of the Joint Motion until April 1, 2025.

10. Ms. Thornton, AMC, TMIF, and the United States agree that this stipulation is entered into in good faith and will not unduly delay proceedings.

**IT IS SO STIPULATED.**

Dated: March 13, 2025

SNELL & WILMER L.L.P.

By:  /s/ Gil Kahn
    Amy F. Sorenson, Esq.
    Nevada Bar No. 12495
    Kelly H. Dove, Esq.
    Nevada Bar No. 10569
    Gil Kahn
    Nevada Bar No. 14220
    1700 South Pavilion Center Drive,
    Suite 700
    Las Vegas, NV 89135

*Attorneys for Defendant Apartment Management Consultants, LLC and Rene Richardson*

Dated: March 13, 2025

U.S. ATTORNEY'S OFFICE
FOR THE DISTRICT OF NEVADA

By: /s/ Christian R. Ruiz
    Sue Fahami
    Acting United States Attorney
    Nevada Bar. No. 5634
    Christian R. Ruiz
    Assistant United States Attorney
    501 Las Vegas Blvd., So., Suite 1100
    Las Vegas, Nevada 89101

*Attorneys for Real Party in Interest the Unites States of America*

Dated: March 13, 2025

NEVADA LEGAL SERVICES

By: /s/ Kristopher Pre
    Kristopher Pre
    Nevada Bar. No. 14106
    530 South 6th Street
    Las Vegas, Nevada 89101

*Attorneys for Relator*

Dated: March 13, 2025

McDONALD CARANO LLP

By: /s/ Rory T. Kay
    Rory T. Kay (NSBN 12416)
    John A. Fortin (NSBN 15221)
    Karyna M. Armstrong (NSBN 16044)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102

*Attorneys for Defendant TMIF II Portola, LLC*

4897-3756-0359

## ORDER

Good cause appearing, Ms. Thornton and AMC's stipulation is **GRANTED**. Ms. Thornton and AMC's deadline to submit a reply in support of their Joint Motion (ECF No. 124), with respect to both the United States' partial objection (ECF No. 128) and TMIF's limited opposition (ECF No. 133), is extended to and including April 1, 2025.

**IT IS SO ORDERED.**

CHIEF UNITED STATES DISTRICT JUDGE

DATED: March 13, 2025

4897-3756-0359