**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. PEGGY THORNTON, Relator, <br><br> v. <br><br> PORTOLA DEL SOL OPERATOR, LLC, et al., <br><br> Defendants | Case No.: 2:21-cv-01123-APG-BNW <br><br> **Order** |

Defendants Apartment Management Consultants, LLC and Rene Richardson (collectively "AMC"); defendant TMIF II Portola, LLC; plaintiff-relator Peggy Thornton; and real party in interest the United States of America stipulated to extend Thornton and AMC's deadline to submit their reply in support of their joint motion to approve settlement and distribution of settlement funds to July 2, 2025. ECF No. 145. However, no reply has been filed. It is unclear whether the parties are still working on a negotiated resolution, whether these parties still intend to file replies, or whether the motion is ripe for resolution.

I THEREFORE ORDER that by July 24, 2025 the parties must file (1) any replies that are due to the motion to approve settlement and distribution of settlement funds, (2) a joint status report stating that no replies will be filed so the motion to approve is ripe for resolution, or (3) a stipulation to extend the date to file a reply with justification for extending the deadline further given that the deadline has been extended six times already.

DATED this 15th day of July, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE