# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. PEGGY THORNTON, Relator,<br><br>v.<br><br>PORTOLA DEL SOL OPERATOR, LLC, et al.,<br><br>    Defendants | Case No.: 2:21-cv-01123-APG-BNW<br><br>**Order** |

In light of the joint status report (ECF No. 147),

I ORDER that the joint motion to approve settlement and distribution of settlement funds **(ECF No. 124) is DENIED as moot**.

DATED this 25th day of July, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE