# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. PEGGY THORNTON,<br><br>    Plaintiff/Relator<br><br>v.<br><br>PORTOLA DEL SOL OPERATOR, LLC, et al.,<br><br>    Defendants | Case No.: 2:21-cv-01123-APG-BNW<br><br>**Order for Status Report** |

    On July 24, 2025, plaintiff/relator Peggy Thornton, the United States, and defendants Apartment Management Consultants, LLC and Rene Richardson advised that they had settled the dispute between them. ECF No. 147. It is unclear whether this settlement resolves the entire action, and there is no scheduling order in place.

    I THEREFORE ORDER that by September 29, 2025, the parties shall file a joint status report regarding what, if anything, remains of this case and how the parties intend to proceed. Failure to respond to this order may result in dismissal of the case without prejudice.

    DATED this 12th day of September, 2025.

                                              ANDREW P. GORDON<br>                                              CHIEF UNITED STATES DISTRICT JUDGE