Amy F. Sorenson, Esq.
Nevada Bar No. 12495
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
asorenson@swlaw.com

Kelly H. Dove, Esq.
Nevada Bar No. 10569
Gil Kahn, Esq.
Nevada Bar No. 14220
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
gkahn@swlaw.com

*Attorneys for Defendants Apartment Management Consultants, LLC, and Rene Richardson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* PEGGY THORNTON, Realtor,<br><br>and<br><br>PEGGY THORNTON,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>PORTOLA DEL SOL OPERATOR, LLC, a foreign limited-liability company; TMIF II PORTOLA, LLC, a foreign limited-liability company; APARTMENT MANAGEMENT CONSULTANTS, LLC, a foreign limited liability company; and RENE RICHARDSON, as AGENT of PORTOLA DEL SOL OPERATOR, LLC,<br><br>　　　　　　　　Defendants. | Case No. 2:21-cv-01123-APG-BNW<br><br>**STIPULATION AND ORDER DISMISSING ALL CLAIMS AGAINST APARTMENT MANAGEMENT CONSULTANTS, LLC AND RENE RICHARDSON WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff-Relator Peggy Thornton; Real Party in Interest the United States of America; and Defendants Apartment Management Consultants, LLC ("AMC") and Rene Richardson, by and through their respective undersigned counsel of record, that the claims asserted by Ms. Thornton on behalf of the United States and against AMC and Ms. Richardson are dismissed *with* prejudice pursuant to FRCP 41(a), with each of the foregoing parties bearing their own costs and fees.

**IT IS SO STIPULATED.**

Dated:  November 20, 2025

SNELL & WILMER L.L.P.

By: */s/ Gil Kahn*
    Amy F. Sorenson, Esq.
    Nevada Bar No. 12495
    15 West South Temple, Suite 1200
    Salt Lake City, UT 84101

    Kelly H. Dove, Esq.
    Nevada Bar No. 10569
    Gil Kahn
    Nevada Bar No. 14220
    1700 South Pavilion Center Drive, Suite 700
    Las Vegas, NV 89135
    Telephone: (702) 784-5200

*Attorneys for Defendant Apartment Management Consultants, LLC and Rene Richardson*

Dated:  November 20, 2025

U.S. ATTORNEY'S OFFICE
FOR THE DISTRICT OF NEVADA

By: */s/ Christian R. Ruiz*
    Sigal Chattah
    Acting United States Attorney

    Christian R. Ruiz
    Assistant United States Attorney
    501 Las Vegas Blvd., So., Suite 1100
    Las Vegas, Nevada 89101

*Attorneys for Real Party in Interest for the United States of America*

Dated:  November 20, 2025

NEVADA LEGAL SERVICES

By: */s/ Kristopher Pre*
    Kristopher Pre
    Nevada Bar. No. 14106
    530 South 6th Street
    Las Vegas, Nevada 89101

*Attorneys for Plaintiff/Relator, Peggy Thornton*

## ORDER

Good cause appearing, the stipulation is hereby **GRANTED**. Defendants Apartment Management Consultants, LLC and Rene Richardson are **DISMISSED** from this action, with prejudice.

**IT IS SO ORDERED.**

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: November 21, 2025