# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA ex rel.
PEGGY THORNTON,

    Plaintiff/Relator

v.

PORTOLA DEL SOL OPERATOR, LLC, et al.,

    Defendants

Case No.: 2:21-cv-01123-APG-BNW

**Order for Status Report**

I THEREFORE ORDER that by February 20, 2026, the remaining parties shall file a joint status report regarding what, if anything, remains of this case and how the parties intend to proceed. Failure to respond to this order may result in dismissal of the case without further notice.

DATED this 30th day of January, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE