**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA ex rel. PEGGY THORNTON,

Plaintiff/Relator

v.

PORTOLA DEL SOL OPERATOR, LLC, et al.,

Defendants

Case No.: 2:21-cv-01123-APG-BNW

**Order for Status Report**

I ORDER that by September 20, 2026, the remaining parties must file a joint status report regarding what, if anything, remains of this case and how the parties intend to proceed. Failure to respond to this order may result in dismissal of the case without further notice.

DATED this 2nd day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE